ORIGINAL

RECEIVED
APR 12 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

AMERICAN STATES INSURANCE COMPANY

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Harold E. McKee

Firm Name: Riordan, Donnelly, Lipinski & McKee, Ltd.

05 - 468C

Post Office Box:

Street Address: 10 N. Dearborn Street, 4th Floor

City-State-Zip: Chicago, IL 60602

Telephone & Facsimile Numbers: (312)663-9400 & (312) 663-1028

E-mail address: hmckee@rdlmlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ 117,866.54

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003