IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including August 12, 2005, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due June 13, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Plaintiff filed its complaint on April 12, 2005. Upon receipt of the complaint, defendant promptly sent a copy to the General Services Administration (“GSA”) with a request for a litigation report and suggested response to the complaint pursuant to 28 U.S.C. § 520.[1]

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt

Agency counsel has informed us that it promptly requested from GSA employees the information needed to prepare the litigation report and suggested response to the complaint. As of the date of this filing, agency counsel has not received this information.

Thus, the requested enlargement of time is required so that agency counsel may have sufficient time to obtain from GSA employees the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from GSA, and prepare and file the Government's response to the complaint.

---

of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

June 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 10, 2005, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS