IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint of plaintiff, American States Insurance Company, defendant, the United States, admits, denies, and alleges as follows:

Jurisdiction

1. The allegation contained in paragraph 1 constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

The Parties

2. Deny the allegation contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to its truth.

3. Admit.

## Facts

1. Admit the allegations contained in the first sentence of paragraph 1 to the extent supported by the contract cited, which is the best evidence of its contents. Admit the allegations contained in the second and third sentences of paragraph 1 to the extent supported by the bonds cited, which are the best evidence of their contents. Admit the allegation contained in the fourth sentence of paragraph 1.

2. Deny.

3. Admit the allegations contained in paragraph 3 to the extent supported by the notices cited, which are the best evidence of their contents.

4. Deny.

5. Deny.

6. Deny.

## Count I

1. Defendant repeats and incorporates its responses to paragraphs 1 through 6.

2. Deny the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Deny.

5. Deny.

6. Deny that plaintiff is entitled to the relief set forth, or to any relief whatsoever.

7. Deny each and every allegation not previously admitted or otherwise denied.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

August 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 10, 2005, a copy of the foregoing “RESPONSE TO COMPLAINT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS