# In the United States Court of Federal Claims

No. 05-468C
Filed October 5, 2005

| | |
|---|---|
| ************************************ | |
| | * |
| AMERICAN STATES | * |
| INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

A telephone status conference will be held on October 19, 2005 at 2:00pm E.S.T.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge