# In the United States Court of Federal Claims

No. 05-468C
Filed October 19, 2005

*************************************
*
AMERICAN STATES *
INSURANCE COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

A telephone status conference will be held on December 19, 2005 at 2:00pm E.S.T.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge