# In the United States Court of Federal Claims

No. 05-468C
Filed December 5, 2005

*************************************
*
AMERICAN STATES *
INSURANCE COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is here **ORDERED** that this case is **TRANSFERRED** to Judge Thomas C. Wheeler.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**