# In the United States Court of Federal Claims

No. 05-468C

(Filed: December 22, 2005)

AMERICAN STATES INSURANCE CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

In a telephone status conference held December 21, 2005 with the undersigned, counsel for the parties expressed a desire to continue their settlement discussions rather than to proceed with discovery, in an effort to resolve the dispute voluntarily. Accordingly:

1. Discovery is STAYED until February 1, 2006 to allow for the continuation of settlement discussions;

2. Counsel shall file with the Court a Joint Status Report describing the progress or completion of settlement negotiations on or before February 1, 2006;

3. The discovery schedule from the Joint Preliminary Status Report dated October 3, 2005 will be reevaluated on or after February 1, 2006 based upon the outcome of settlement discussions.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge