IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to the Court’s order dated December 22, 2005, plaintiff, American States Insurance Company, and defendant, the United States, submit the following joint status report.

The parties still believe that settlement may be an appropriate vehicle by which to resolve this matter, and the parties wish to continue their efforts to resolve this dispute amicably. Specifically, counsel for both parties have discussed relevant case law concerning plaintiff’s claims, including decisions by this Court. Counsel for both parties also have exchanged views regarding the relative strengths and weaknesses of each side’s case.

Counsel for plaintiff has submitted a proposal to counsel for defendant intended to form the basis of a settlement that counsel for defendant could recommend to the appropriate settlement authority. Counsel for defendant anticipates that he will require at least two to three weeks in order to evaluate plaintiff’s proposal and make the appropriate recommendation to the appropriate settlement authority.

For this reason, both parties respectfully request that the Court continue the stay of this case through March 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

s/ HAROLD MCKEE
HAROLD MCKEE
Riordan, Donnelly,
Lipinski & McKee, Ltd.
10 North Dearborn Street
4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

February 1, 2006

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

February 1, 2006

CERTIFICATE OF FILING

I hereby certify that on February 1, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS