# In the United States Court of Federal Claims

No. 05-468C

(Filed: February 2, 2006)

****************************************** *
*
AMERICAN STATES INSURANCE CO., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***************************************** *

**ORDER**

In a Joint Status Report filed February 1, 2006, counsel for the parties expressed a desire to extend the stay in this case and continue settlement discussions in an effort to resolve the dispute voluntarily. Accordingly:

1. The stay in this case is extended until March 31, 2006 to allow for the continuation of settlement discussions;

2. Counsel shall file with the Court a Joint Status Report describing the progress or completion of settlement negotiations on or before March 31, 2006;

3. The discovery schedule from the Joint Preliminary Status Report dated October 3, 2005 will be reevaluated on or after March 31, 2006 based upon the outcome of settlement discussions.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge