IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 05-468C<br>(Judge Wheeler) |

JOINT STATUS REPORT
AND MOTION TO ENLARGE STAY

Pursuant to the Court's order dated February 2, 2006, plaintiff, American States Insurance Company, and defendant, the United States, submit the following joint status report and request that the Court enlarge the stay entered in this case by 61 days, to and including May 31, 2006.

As noted in our previous status report filed on February 1, 2006, the parties believe that settlement may be an appropriate vehicle by which to resolve this matter, and the parties wish to continue their efforts to resolve this dispute amicably. Specifically, counsel for both parties have discussed relevant case law concerning plaintiff's claims, including decisions by this Court. Counsel for both parties also have exchanged views regarding the relative strengths and weaknesses of each side's case.

In addition, counsel for the parties have exchanged proposed settlement figures intended to form the basis of an agreement that defendant's counsel could recommend to the appropriate

settlement authority and that plaintiff’s counsel could recommend to his client. Although the parties have not agreed to a settlement amount, counsel for both parties believe that an amicable resolution to this case remains likely to be in the parties’ interests and wish to continue settlement discussions instead of proceeding with further litigation.

For this reason, the parties respectfully request that the Court enlarge the stay of this case through May 31, 2006. Assuming the Court grants the parties’ motion, the parties will provide the Court with a status report regarding their progress on or before the requested May 31, 2006 deadline.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

s/ HAROLD MCKEE
HAROLD MCKEE
Riordan, Donnelly,
Lipinski & McKee, Ltd.
10 North Dearborn Street
4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

March 31 2006

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

March 31, 2006

CERTIFICATE OF FILING

I hereby certify that on March 31, 2006, a copy of the foregoing “JOINT STATUS REPORT AND MOTION TO ENLARGE STAY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS