IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INS., CO., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 05-468C (Judge Wheeler) |

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael S. Dufault as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: May 15, 2006

Michael S. Dufault
Attorney
Commercial Litigation Branch
Civil Division
(202) 353-7961
Fax# (202) 353-7988

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of May 2006, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Harold McKee
Riordan, Donnelly
10 North Dearborn, 4th Floor
Chicago, IL 60602

S. Boyd
_______________