# In the United States Court of Federal Claims

No. 05-468C

(Filed: June 2, 2006)

```
****************************************  *
                                          *
AMERICAN STATES INSURANCE CO.,            *
                                          *
                      Plaintiff,          *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                      Defendant.          *
                                          *
****************************************  *
```

**ORDER**

On May 31, 2006, Plaintiff filed a Status Report and Motion to Enlarge Stay, requesting that the case remain stayed until July 15, 2006, in order to complete settlement discussions. For good cause shown, Plaintiff's Motion is GRANTED, and a stipulation of settlement or new Status Report shall be due on or before July 15, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge