# In the United States Court of Federal Claims

No. 05-468C

(Filed: July 31, 2006)

******************************************* *
*
AMERICAN STATES INSURANCE CO., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

**ORDER**

On July 17, 2006, Plaintiff filed a Status Report on behalf of both parties, requesting that the case remain stayed an additional thirty (30) days until August 16, 2006, in order to complete settlement discussions. Plaintiff's counsel has provided the Defendant with a settlement proposal, and counsel for the Defendant is currently seeking authority to accept it. Accordingly, for good cause shown, Plaintiff's Motion is GRANTED, and a stipulation of settlement or new Status Report shall be due on or before August 16, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge