**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE, CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | 05-468C<br>(Judge Wheeler) |

**JOINT STATUS REPORT AND MOTION TO ENLARGE STAY**

Pursuant to the Court's order dated July 31, 2006, defendant, the United States, and plaintiff, American States Insurance, Co., respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 21 days, through and including September 6, 2006, to afford the parties time to continue settlement efforts and, if appropriate, to finalize settlement.

On May 26, 2006, counsel for plaintiff provided defendant with a formal offer of settlement. Government trial counsel is now seeking the necessary settlement authority to respond to plaintiff's offer of settlement. To this end, Government trial counsel anticipates receiving the General Service Administration's ("GSA") formal decision on whether to recommend accepting plaintiff's offer of settlement by August 16, 2006. Government trial counsel was unable to receive the agency's recommendation sooner because agency counsel for the GSA was out of the office on leave during the week of August 6, 2006.

At this time, the parties are in the process of negotiating the terms of a potential settlement agreement, which would obviate the need for further proceedings before this Court, and would result in the dismissal of this action with prejudice. On August 15, 2006, Government counsel forwarded counsel for plaintiff a draft settlement agreement. It is anticipated that a stay of proceedings would allow time for the terms of a potential settlement agreement to be finalized, and for both parties to execute a joint stipulation of dismissal with prejudice in the event that Government counsel obtains the requisite settlement authority to accept plaintiff's offer of settlement.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case for 21 days, through and including September 6, 2006, to continue settlement efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

August 15, 2006

Attorneys for Defendant

/s/ Harold E. McKee

HAROLD E. McKEE, Esq.
Riordan, Donnelly,
Lipinski & McKee, Ltd.
10 N. Dearborn St., 4th Floor
Chicago, IL 60602
Attorneys for Plaintiff

August 15, 2006

**CERTIFICATE OF FILING**

I hereby certify that on August 15, 2006, a copy of the foregoing "JOINT STATUS REPORT AND MOTION TO ENLARGE STAY" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault
Michael S. Dufault