# In the United States Court of Federal Claims

No. 05-468C

(Filed: August 22, 2006)

****************************************** *
*
AMERICAN STATES INSURANCE CO., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***************************************** *

**ORDER**

In a Joint Status Report filed August 15, 2006, counsel for the parties expressed a desire to extend the stay in this case and continue settlement discussions in an effort to resolve the dispute voluntarily. Accordingly, and for good cause shown, the stay is continued to and including September 6, 2006, to allow for the completion of settlement discussions. The parties shall file a Joint Status Report with the Court on or before that date detailing the status of the case.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge