IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT UPON BEHALF OF BOTH PARTIES AND MOTION TO ENLARGE STAY**

Pursuant to the Court's Order dated August 22, 2006, Plaintiff, American States Insurance Company, submits the following joint status report and requests that the Court enlarge the stay entered in this case for an additional 45 days, through and including October 16, 2006, to afford the agency, General Services Administration ("GSA"), additional time to obtain approval to provide a written recommendation accepting plaintiff's settlement offer and, if appropriate, to obtain approval from the authorized representative of the Attorney General to accept plaintiff's settlement offer.

On May 26, 2006, counsel for plaintiff provided defendant with a formal offer of settlement. The prior counsel of record for defendant anticipated receiving GSA's recommendation on whether to accept plaintiff's settlement offer by August 16, 2006. The current counsel of record for defendant, Nancy M. Kim, entered her appearance in this case on August 18, 2006. She discussed plaintiff's settlement offer with agency counsel and requested the agency to provide a written recommendation regarding plaintiff's settlement offer. Counsel for GSA informed her that she would need to obtain approval from GSA's headquarters prior to sending a written recommendation and that this could take four to six weeks. The undersigned counsel of record for defendant has not yet

received the agency's written recommendation, which is necessary before seeking approval to accept a settlement offer by the authorized representative of the Attorney General. Additional time is therefore needed to obtain the agency's written recommendation accepting plaintiff's settlement offer and, if appropriate, to obtain approval from the authorized representative of the Attorney General to accept plaintiff's settlement offer.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case for 45 days, through and including October 16, 2006, for the parties to continue their efforts to resolve this case without the need for further litigation.

Respectfully submitted,

AMERICAN STATES INSURANCE COMPANY

By: /s/ Harold E. McKee

Harold E. McKee
Riordan, Donnelly, Lipinski & McKee, Ltd.
10 N. Dearborn St., 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

CERTIFICATE OF FILING

I hereby certify that on September 6, 2006, a copy of the foregoing "Plaintiff's Status Report Upon Behalf Of Both Parties And Motion To Enlarge Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Harold E. McKee