# In the United States Court of Federal Claims

No. 05-468C

(Filed: September 8, 2006)

| | |
|---|---|
| ***************************************** | * |
| AMERICAN STATES INSURANCE CO., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

ORDER

On September 6, 2006, counsel for the Plaintiff filed with the Court Plaintiff's Status Report Upon Behalf of Both Parties and Motion to Enlarge Stay. Counsel requested an enlargement of the existing stay to afford the parties additional time to reach a settlement.

For good cause shown, the Plaintiff's motion is GRANTED. All proceedings in this case shall be suspended until October 17, 2006, by which date the parties shall submit a Joint Status Report informing the Court of the progress of settlement discussions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge