IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT AND MOTION TO ENLARGE STAY

Pursuant to the Court's order dated September 8, 2006, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 21 days, through and including November 7, 2006, to afford the Government time to obtain approval from the authorized representative of the Attorney General to accept plaintiff's settlement offer and, if appropriate, to enter into a settlement agreement.

On May 26, 2006, counsel for plaintiff provided defendant with a formal offer of settlement. On October 11, 2006, the interested agency, the General Services Administration, provided a written memorandum recommending that the United States accept plaintiff's settlement offer. Additional time is needed for the undersigned counsel for defendant to obtain approval from the authorized representative of the Attorney General to accept plaintiff's settlement offer and, if appropriate, enter into a settlement agreement.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case for 21 days, through and including November 7, 2006, for the parties to continue their efforts to resolve this case without the need for further litigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Harold E. McKee
HAROLD E. MCKEE
Riordan, Donnelly, Lipinski & McKee, Ltd.
10 North Dearborn Street, 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

s/ Nancy M. Kim
NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

October 13, 2006