# In the United States Court of Federal Claims

No. 05-468C

(Filed: October 16, 2006)

****************************************** *
AMERICAN STATES INSURANCE CO., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

**ORDER**

On October 13, 2006, the parties submitted to the Court a Joint Status Report and Motion to Enlarge Stay. Counsel requested an enlargement of the existing stay to afford the parties additional time to reach a settlement.

For good cause shown, the motion is GRANTED. All proceedings in this case shall be suspended through and including November 7, 2006. If settlement is not reached by that date, the parties shall submit a Joint Status Report on or before November 8, 2006, informing the Court of the progress of settlement discussions.

**IT IS SO ORDERED**.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge