IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION TO ENLARGE STAY

Pursuant to the Court's order dated October 16, 2006, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 40 days, through and including December 18, 2006, to afford the parties time to draft and execute the settlement agreement and for the General Services Administration ("GSA") to process payment of the settlement amount.

On May 26, 2006, counsel for plaintiff provided defendant with a formal offer of settlement. On October 11, 2006, the interested agency, the General Services Administration, provided a written memorandum recommending that the United States accept plaintiff's settlement offer. On October 20, 2006, the authorized representative of the Attorney General granted approval to accept plaintiff's settlement offer. Additional time is needed for the parties to draft and execute the settlement agreement and for the General Services Administration ("GSA") to process payment of the settlement amount.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case for 40 days, through and including December 18, 2006, for the parties to continue their efforts to resolve this case without the need for further litigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Harold McKee

HAROLD MCKEE
Riordan, Donnelly, Lipinski & McKee, Ltd.
10 North Dearborn Street, 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

November 3, 2006

CERTIFICATE OF FILING

I hereby certify that on November 3, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim