IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME, OUT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully requests a 3 day enlargement of time, out of time, to and including December 22, 2006, within which to file a joint status report. The joint status report was due on December 19, 2006. This is the parties' first request for enlargement of time for this purpose.

The enlargement is requested because neither counsel for plaintiff nor the Government properly calendared the filing deadline for the joint status report. The parties, however, continued to proceed with settlement discussions during this period and, on November 6, 2006, the parties entered into a settlement agreement to resolve this case without the need for further trial. Pursuant to the terms of the agreement, the parties agreed to stipulate to the dismissal of this action with prejudice within five business days of plaintiff receiving payment. To date, plaintiff has not yet received payment. Attached to this motion is the joint status report and motion to enlarge the stay. Both counsel apologize to the Court for missing the filing deadline and for any resulting inconvenience.

For the foregoing reason, the parties respectfully request that the Court grant this motion for an enlargement of time, out of time, of 3 days, to and including December 22, 2006, within which to file a joint status report and motion to enlarge stay.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Harold McKee

HAROLD MCKEE
Riordan, Donnelly, Lipinski & McKee, Ltd.
10 North Dearborn Street, 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

December 22, 2006

CERTIFICATE OF FILING

I hereby certify that on December 22, 2006, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME, OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim