IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION TO ENLARGE STAY

Pursuant to the Court's order dated November 6, 2006, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 45 days, through and including February 2, 2007, to allow the General Services Administration ("GSA") to process payment of the settlement amount, and for the parties to file a joint stipulation of dismissal.

On November 6, 2006, the parties entered into a settlement agreement that would resolve this case without the need for further litigation. Pursuant to the terms of this settlement agreement, the Government agreed to pay a sum certain to American States Insurance Co. ("ASIC"), and the parties agreed to stipulate to the dismissal of this lawsuit within five business days after ASIC receiving payment. The GSA is currently in the process of making payment, but ASIC must comply with certain administrative requirements before payment can be processed.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case for 45 days, through and including February 2, 2007, for the parties to continue their efforts to resolve this case without the need for further litigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Harold McKee

HAROLD MCKEE
Riordan, Donnelly, Lipinski & McKee, Ltd.
10 North Dearborn Street, 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

December 22, 2006