IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-468C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION TO ENLARGE STAY

Pursuant to the Court's order dated January 3, 2007, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 60 days, through and including April 3, 2007, to afford the parties time for the General Services Administration ("GSA") to process payment of the settlement amount.

Previously, the parties reached a settlement of this matter and have executed a settlement agreement. Pursuant to the settlement agreement, American States Insurance Company ("American States") has submitted both a release and invoice to the GSA for processing and payment. However, the GSA has certain internal administrative requirements that must be met by American States prior to the payment of the agreed-upon settlement amount. Representatives of American States are working with the GSA to meet those internal requirements. Additional time is needed for the parties to work through the administrative procedures established and for the GSA to process payment of the settlement amount.

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion to stay proceedings in this case for 60 days, through and including April 3, 2007, for the GSA to process payment of the settlement amount and for the parties to execute a joint stipulation for dismissal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ Harold McKee

HAROLD MCKEE
Riordan, Donnelly, Lipinski & McKee, Ltd.
10 North Dearborn Street, 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

February 1, 2007