# In the United States Court of Federal Claims

No. 05-468C

(Filed: February 1, 2007)

**************************************** *
*
AMERICAN STATES INSURANCE CO., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************** *

## ORDER

On February 1, 2007, the parties submitted to the Court a Joint Status Report and Motion to Enlarge Stay. Counsel requested an enlargement of the existing stay for an additional sixty days, through and including April 3, 2007, to afford the parties additional time to reach a settlement. For good cause shown, the motion is GRANTED. The Court expects that this will be the final request for an enlargement of the stay, and will not favorably view future motions for enlargements absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge