IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN STATES INSURANCE CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-468C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

/s/ HAROLD E. MCKEE
HAROLD E. MCKEE
RIORDIAN, DONNELLY,
LIPINSKI & MCKEE, LTD.
10 North Dearborn Street, 4th Floor
Chicago, IL 60602
Tel: (312) 663-9400
Fax: (312) 663-1028

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

April 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of April 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen